**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 12/26/2019

OBRA PIA LTD, et al.,

                                   Plaintiffs,          **19-CV-07480 (RA)(SN)**

                -against-                                       **ORDER**

SEAGRAPE INVESTORS LLC, et al.,

                                   Defendants.

------------------------------------------------------------X

------------------------------------------------------------X

SEAGRAPE INVESTORS LLC,

                                   Plaintiff,           **19-CV-09736 (RA)(SN)**

                -against-

KALEIL ISAZA TUZMAN, et al.,

                                   Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

A discovery conference is scheduled for Friday, January 03, 2020, at 11:30 a.m. in

Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to

discuss the issues raised in the parties' December 20, 2019 joint letter. If this date is unavailable

for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-

0286.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        December 26, 2019
              New York, New York