UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OBRA PIA LTD, et al.,

                            **Plaintiffs,**                    **19-CV-07840 (RA)(SN)**

        -against-                                  **ORDER**

**SEAGRAPE INVESTORS LLC, et al.,**

                            **Defendants.**
-----------------------------------------------------------------X

-----------------------------------------------------------------X

**SEAGRAPE INVESTORS LLC,**

                            **Plaintiff,**                      **19-CV-09736 (RA)(SN)**

        -against-

**KALEIL ISAZA TUZMAN, et al.,**

                            **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court's April 16, 2020 Order, ECF No. 64 in 19-cv-9736, directed the parties to file a joint letter by May 18, 2020, updating the Court on the status of discovery and settlement in these cases. The parties have not filed a status letter. No later than May 28, 2020, the parties shall file a status letter. If the parties have not reached a settlement, they should also contact the Court to reschedule the April 8, 2020 settlement conference.

**SO ORDERED**.

                                                                       SARAH NETBURN
        DATED:    May 26, 2020                          United States Magistrate Judge
                         New York, New York