UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-8-20
```

SEAGRAPE INVESTORS LLC,

                Plaintiff,

        v.

KALEIL ISAZA TUZMAN, KIT CAPITAL LTD., KIT CAPITAL (NEVIS) LLC, OBRA PIA LTD., OBRA PIA (US) FEEDER, LP, OBRA PIA MANAGEMENT, GP, LTD., OBRA PIA LTD., SURCUSAL COLOMBIA, AMANDA BLAUROCK, ROSARIO DAVI, JOSEPH P. GARLAND, AND KENNETH A. ELAN,

                Defendants.

No. 19-CV-9736 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On January 24, 2020, Defendants Kaleil Isaza Tuzman, KIT Capital Ltd., KIT Capital (Nevis) LLC, Obra Pia Ltd., Obra Pia (US) Feeder, LP, Obra Pia Management, GP, Ltd., and Obra Pia Ltd. Surcusal Colombia filed a motion to dismiss Plaintiff's First Amended Complaint. *See* Dkts. 42-44. Plaintiff filed an opposition on February 14, 2020. *See* Dkt. 51. Defendants' reply brief was due on March 10, 2020. *See* Dkts. 60-61. To date, however, Defendants have not filed their reply. No later than July 13, 2020, Defendants shall file their reply brief, or a letter indicating that they do not intend to file any reply.

SO ORDERED.

Dated:    July 8, 2020
           New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge