```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAGRAPE INVESTORS LLC,

                Plaintiff,

v.

KALEIL ISAZA TUZMAN, et al.,

                Defendants.

19-cv-9736 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       In its previous order, the Court scheduled a telephone conference for December 17, 2020 concerning the counterclaims recently asserted by Defendants. *See* Dkt. 99. The Court also ordered Plaintiff to file a letter by November 23, 2020, of no longer than ten double-spaced pages, further substantiating its assertion that Defendants' counterclaims are identical to claims the Court dismissed in the related action and therefore barred under the doctrines of *res judicata* and collateral estoppel. Defendants were to have until December 4, 2020 to respond.

       Plaintiff did not file such a letter. The Court will give Plaintiff a final opportunity to do so by Wednesday, December 2, 2020. Defendants' time to respond is extended until Friday, December 11, 2020.

       SO ORDERED.

Dated:    November 25, 2020
             New York, New York

Ronnie Abrams
United States District Judge