UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEAGRAPE INVESTORS LLC,

            **Plaintiff,**

-against-

KALEIL ISAZA TUZMAN, et al.,

            **Defendants.**

-----------------------------------------------------------------X

**ORDER**

**19-CV-09736 (RA)(SN)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2021

**SARAH NETBURN, United States Magistrate Judge:**

        On January 18, 2021, Defendant Obra Pia filed a motion to compel discovery, which has since been opposed by Plaintiff Seagrape. See ECF Nos. 109, 112. Accordingly, a telephonic discovery conference is scheduled for February 3, 2021, at 10:30 a.m. at which to discuss the motion. At that time, the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 26, 2021
                New York, New York