```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEAGRAPE INVESTORS, LLC,

                                Plaintiff,                                    19-CV-09736 (RA)(SN)

        -against-                                               **ORDER**

TUZMAN, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On Wednesday, March 10, 2021, the parties appeared before the Court for a telephonic discovery conference at which to discuss the Defendants' motion at ECF No. 119. For the reasons discussed at that conference, the motion is GRANTED in PART:

- Seagrape may depose Mike Singer, limited to three hours; it may also depose Kaleil Isaza Tuzman, CEO and principal owner of the OP Defendants, and Rosario Davi, CFO of the OP Defendants.

- Seagrape will withdraw its deposition of Thomas Herman, who is no longer affiliated with the OP Defendants.

- The parties will meet and confer and file a joint letter requesting an extension of the discovery deadlines, as needed.

**SO ORDERED.**

                                                                         _____
                                                                         SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:    New York, New York
                 March 10, 2021