USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SEAGRAPE INVESTORS, LLC,

                      Plaintiff,                          19-CV-09736 (RA) (SN)

        -against-                                **ORDER**

TUZMAN, et al.,

                      Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 30, 2021, the parties filed a joint status letter indicating that they were interested in conducting a settlement conference before the Court. Accordingly, a telephonic settlement conference is scheduled for June 1, 2021, at 10:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) sign. At least one week before the conference the parties shall submit their *ex parte* settlement letters and attendance forms in accordance with Judge Netburn's individual rules of practice.

**SO ORDERED.**

                                                                                               _____
                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

Dated:        New York, New York
               May 3, 2021