USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEAGRAPE INVESTORS LLC,

                         Plaintiff,            19-CV-09736 (RA)(SN)

     -against-                                  **ORDER**

KALEIL ISAZA TUZMAN, et al.,

                         Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

SEAGRAPE INVESTORS LLC,

                         Plaintiff,            21-CV-07517 (RA)(SN)

     -against-

KALEIL ISAZA TUZMAN, et al.,

                         Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A settlement conference is scheduled for Thursday, January 6, 2022, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information before the conference.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, December 29, 2021. Should the parties

resolve the litigation before the conference date, they must notify the Court in writing immediately.

                                                                                                                                                  _____

                                                                                                                                                  SARAH NETBURN
                                                                                                                                                  United States Magistrate Judge

**SO ORDERED.**

DATED:  November 17, 2021
               New York, New York