UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAGRAPE INVESTORS LLC,

                Plaintiff,

v.

KALEIL ISAZA TUZMAN, KIT CAPITAL LTD., KIT CAPITAL (NEVIS) LLC, OBRA PIA LTD., OBRA PIA (U.S.) FEEDER, LP, OBRA PIA MANAGEMENT, GP, LTD., OBRA PIA LTD., SURCUSAL COLOMBIA, AMANDA BLAUROCK, ROSARIO DAVI, JOSEPH P. GARLAND and KENNETH A. ELAN,

                Defendants.

No. 19-CV-9736 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Court will hold a conference in this matter on September 16, 2022 at 3:00 p.m. to discuss Plaintiff's pending motion for summary judgment. The conference will be held via videoconference using Microsoft Teams. The Court will email the parties the Microsoft Teams link in advance of the argument. Members of the public may access the proceeding by using the following dial-in information: Call-In Number: (646) 453-4442; Access Code: 246440079#.

      If the proposed time is inconvenient for the parties, the parties are directed to confer before suggesting alternative times to the Court.

SO ORDERED.

Dated:     September 13, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge