UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAGRAPE INVESTORS LLC, <br><br> Plaintiff, <br><br> v. <br><br> KALEIL ISAZA TUZMAN, KIT CAPITAL LTD., KIT CAPITAL (NEVIS) LLC, OBRA PIA LTD., OBRA PIA (U.S.) FEEDER, LP, OBRA PIA MANAGEMENT, GP, LTD., OBRA PIA LTD., SURCUSAL COLOMBIA, AMANDA BLAUROCK, ROSARIO DAVI, JOSEPH P. GARLAND and KENNETH A. ELAN, <br><br> Defendants. | 19-CV-9736 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

      For the reasons discussed at today's conference, Plaintiff's motion for summary judgment is denied. The parties are directed to file a joint status letter on or before September 28, 2022, proposing next steps in this action as well as in the related case *Seagrape Investors LLC v. Tuzman et al.*, 21-cv-07517. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 133.

SO ORDERED.

Dated:   September 23, 2022
           New York, New York

                                                          RONNIE ABRAMS
                                                  United States District Judge