UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SEAGRAPE INVESTORS, LLC,

                              **Plaintiff,**

          -against-

TUZMAN, et al.,

                              **Defendants.**

-------------------------------------------------------------X

19-CV-09736 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the recent decision on Plaintiff's motion for summary judgement, the parties are directed to meet and confer to discuss whether a settlement conference would be productive at this time. The Court is currently scheduling settlement conferences eight weeks from when requested. Therefore, if the parties wish to schedule a settlement conference, they are urged to do so soon by emailing Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates.

**SO ORDERED.**

                                              SARAH NETBURN
                                              United States Magistrate Judge

Dated:     New York, New York
              September 27, 2022