```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEAGRAPE INVESTORS, LLC,

                                Plaintiff,                              19-CV-09736 (RA)(SN)

        -against-                                                **ORDER**

TUZMAN, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Friday, August 4, 2023, at 11:00 a.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of this conference is to discuss the parties' dispute regarding Plaintiff's counsel's fees.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 31, 2023
                New York, New York