UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SEAGRAPE INVESTORS, LLC,

                            Plaintiff,                      19-CV-09736 (RA)(SN)

      -against-                               **ORDER**

TUZMAN, et al.,

                            Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are directed to file a joint status letter, including a proposed briefing schedule on Plaintiff's motion for attorneys' fees, no later than September 8, 2023. The parties are further directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference if they believe it would be productive at this time.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      August 4, 2023
                 New York, New York