**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SEAGRAPE INVESTORS LLC,

                Plaintiff,                19 **CIVIL** 9736 (RA)(SN)

       -against-                **AMENDED JUDGMENT**

KALEIL ISAZA TUZMAN, KIT CAPITAL,
LTD., KIT CAPITAL (NEVIS) LLC, OBRA PIA
LTD., OBRA PIA (US) FEEDER, LP, OBRA PIA
MANAGEMENT, GP, LTD., OBRA PIA LTD.,
SURCUSAL COLOMBIA, AMANDA
BLAUROCK, ROSARIO DAVI, JOSEPH P.
GARLAND, AND KENNETH A. ELAN,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Endorsed Letter dated August 29, 2024 and Order dated August 19, 2024, the Court adopts the Report & Recommendation in its entirety. Judgment is entered for the Plaintiff in the amount of $8,190,996.26. Seagrape is further awarded $292,804.51 in attorneys fees and costs with applicable prejudgment interest. In particular, Seagrape is awarded $285,120.66 in fees, including (1) $24,045.75 for fees incurred in the Colombian litigation, (2) $43,045.00 for fees incurred in the British Virgin Islands litigation, and (3) $218,029.91 for fees incurred in the U.S. litigation for work performed by Press Koral. It is awarded $7,683.85 in costs. Prejudgment interest at a rate of nine percent per annum should accrue as of July 26, 2023 to the entry of the judgment for the amount of $28,951.55. Accordingly, the case is closed.

**Dated:** New York, New York
         September 3, 2024

                                                        DANIEL ORTIZ
                                                        Acting Clerk of Court

                               BY: _____
                                                        Deputy Clerk