**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SEAGRAPE INVESTORS LLC,

                         Plaintiff,                        19 **CIVIL** 9736 (RA)(SN)

                -against-                        **SECOND AMENDED JUDGMENT**

KALEIL ISAZA TUZMAN, KIT CAPITAL,
LTD., KIT CAPITAL (NEVIS) LLC, OBRA PIA
LTD., OBRA PIA (US) FEEDER, LP, OBRA PIA
MANAGEMENT, GP, LTD., OBRA PIA LTD.,
SURCUSAL COLOMBIA, AMANDA
BLAUROCK, ROSARIO DAVI, JOSEPH P.
GARLAND, AND KENNETH A. ELAN,

                       Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated September 11, 2024, the Court's Endorsed Letter dated August 29, 2024 and Order dated August 19, 2024, the Court adopts the Report & Recommendation in its entirety. Judgment is entered in favor of Seagrape Investors LLC against KIT Capital (Nevis) LLC, KIT Capital Ltd., Obra Pia (US) Feeder, LP, Obra Pia Ltd., Obra Pia Ltd., Surcusal Colombia, Obra Pia Management, GP, Ltd., Amanda Blaurock, Joseph P. Garland, Kaleil Isaza Tuzman, Kenneth A. Elan, Rosario Davi in the total amount of $8,512,752.32. Judgment is entered for the Plaintiff in the amount of $8,190,996.26. Seagrape is further awarded $292,804.51 in attorneys fees and costs with applicable prejudgment interest. In particular, Seagrape is awarded $285,120.66 in fees, including (1) $24,045.75 for fees incurred in the Colombian litigation, (2) $43,045.00 for fees incurred in the British Virgin Islands litigation, and (3) $218,029.91 for fees incurred in the U.S. litigation for work performed by Press Koral. It is awarded $7,683.85 in costs. Prejudgment interest at a rate of nine percent per annum should

accrue as of July 26, 2023 to the entry of the judgment for the amount of $28,951.55.

Accordingly, the case is closed.

**Dated:**  New York, New York
September 12, 2024

                                              **DANIEL ORTIZ**
                                     **Acting Clerk of Court**

**BY:** _____
                                         **Deputy Clerk**