## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SEAGRAPE INVESTORS LLC,

                    Plaintiff,                  19 **CIVIL** 9736 (RA)(SN)

       -against-                   **THIRD AMENDED JUDGMENT**

KALEIL ISAZA TUZMAN, KIT CAPITAL,
LTD., KIT CAPITAL (NEVIS) LLC, OBRA PIA
LTD., OBRA PIA (US) FEEDER, LP, OBRA PIA
MANAGEMENT, GP, LTD., OBRA PIA LTD.,
SURCUSAL COLOMBIA, AMANDA
BLAUROCK, ROSARIO DAVI, JOSEPH P.
GARLAND, AND KENNETH A. ELAN,

                    Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 15, 2025, the Court's Memo Endorsement dated September 11, 2024, the Court's Endorsed Letter dated August 29, 2024 and Order dated August 19, 2024, the Court adopts the Report & Recommendation in its entirety. Judgment is entered in favor of Blaurock, Garland, Elan and Davi on Seagrape's claims against them for the reasons stated in the Court's order dated September 25, 2020; accordingly, the case is closed.

**Dated:**  New York, New York
         September 26, 2025

                                                **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                        **BY:**          *K. Mango*
                                           _____
                                                **Deputy Clerk**