**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SEAGRAPE INVESTORS LLC,

                Plaintiff,                      19 **CIVIL** 9736 (RA)(SN)

      -against-                        **FOURTH AMENDED JUDGMENT**

KALEIL ISAZA TUZMAN, KIT CAPITAL,
LTD., KIT CAPITAL (NEVIS) LLC, OBRA PIA
LTD., OBRA PIA MANAGEMENT, GP, LTD.,
OBRA PIA LTD., SURCUSAL COLOMBIA,
AMANDA BLAUROCK, ROSARIO DAVI,
JOSEPH P. GARLAND, AND KENNETH A.
ELAN,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 15, 2025, the Court's Memo Endorsement dated September 11, 2024, the Court's Endorsed Letter dated August 29, 2024 and Order dated August 19, 2024, the Court adopts the Report & Recommendation in its entirety. Judgment is entered in favor of Seagrape Investors LLC against Kaleil Isaza Tuzman, KIT Capital (Nevis) LLC, KIT Capital Ltd., Obra Pia Ltd., Obra Pia Ltd., Surcusal Colombia, and Obra Pia Management, GP, Ltd., in the total amount of $8,512,752.32. Judgment is entered for the Plaintiff in the amount of $8,190,996.26. Seagrape is further awarded $292,804.51 in attorney's fees and costs with applicable prejudgment interest. In particular, Seagrape is awarded $285,120.66 in fees, including (1) $24,045.75 for fees incurred in the Colombian litigation, (2) $43,045.00 for fees incurred in the British Virgin Islands litigation, and (3) $218,029.91 for fees incurred in the U.S. litigation for work performed by Press Koral. It is awarded $7,683.85 in costs. Prejudgment interest at a rate of nine percent per annum should accrue as of July 26, 2023

to the entry of the judgment for the amount of $28,951.55. Judgment is entered in favor of Blaurock, Garland, Elan and Davi on Seagrape's claims against them for the reasons stated in the Court's order dated September 25, 2020; accordingly, the case is closed.

**Dated:**  New York, New York

      October 29, 2025

 

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:** *K. Mango*
_____
**Deputy Clerk**